**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   STEPHANIE L. TAYLOR                                    Case Number: 08-72009
107 W. PINE AVENUE
CORTLAND, IL  60112                SSN-xxx-xx-5967

                                                                Case filed on:       6/25/2008
                                                             Plan Confirmed on:
                                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | STEPHANIE L. TAYLOR (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | STEPHANIE L. TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | IL COMM CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | LVNV FUNDING LLC | 1,128.69 | 1,128.69 | 0.00 | 0.00 |
| 003 | JEFFERSON CAPITAL SYSTEMS, LLC | 711.00 | 711.00 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 561.00 | 561.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 2,449.79 | 2,449.79 | 0.00 | 0.00 |
| 006 | RRCA ACCOUNTS MANAGEMENT | 797.20 | 797.20 | 0.00 | 0.00 |
|  | Total Unsecured | 5,647.68 | 5,647.68 | 0.00 | 0.00 |
|  | Grand Total: | 5,647.68 | 5,647.68 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                          　 /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008            By   /s/Heather M. Fagan